1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

TERRY JON IRBY,

9

Plaintiff,

Case No. C18-1334-JLR

10

v.

11

SKAGIT COUNTY, *et al.*,

12

Defendants.

ORDER DENYING PLAINTIFF'S
APPLICATION TO PROCEED *IN
FORMA PAUPERIS* AND DIRECTING
PLAINTIFF TO PAY FILING FEE

13

14      The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the

15   Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the

16   remaining record, hereby finds and ORDERS:

17      (1)    The Court adopts the Report and Recommendation;

18      (2)    Plaintiff's application to proceed with this action *in forma pauperis* (Dkt. 4) is

19   DENIED;

20      (3)    Plaintiff is directed to pay the $400 filing fee within ***thirty (30) days*** of the date on

21   which this Order is signed.  Failure to timely submit the requisite filing fee will result in immediate

22   termination of this action; and

23   / / /

ORDER DENYING PLAINTIFF'S APPLICATION
TO PROCEED *IN FORMA PAUPERIS* - 1

1          (4)      The Clerk is directed to send copies of this Order to plaintiff and to the Honorable

2     Mary Alice Theiler.

3          DATED this 11ᵗʰ day of December, 2018.

4
5                                                    JAMES L. ROBART
                                                     United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

ORDER DENYING PLAINTIFF'S APPLICATION
TO PROCEED *IN FORMA PAUPERIS* - 2